310

935 A.2d 1269

Shawmar PITTS, Petitioner,

v.

Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna.; James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.

No. 154 EM 2007.

Supreme Court of Pennsylvania.

Oct. 26, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of October, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.